# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**

JUL – 5 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

| United States of America | ) | |
| v. | ) | Case No. |
| ALBERT SEENO III | ) | |
| | ) | 4 - 16 - 70835 |
| _____ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 8, 2016_____ in the county of _____Contra Costa_____ in the _____Northern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1513(b) | retaliating against a witness |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Steven C. Coffin, attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Steven C. Coffin, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/05/2016_____

_____
*Judge's signature*

City and state: _____Oakland, California_____

Hon. Donna Ryu, U.S. Magistrate Judge
*Printed name and title*

