1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   PHILIP A. GUENTERT (CABN 147374)
3   Acting Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       john.hemann@usdoj.gov

8  Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           ) Case No. 4-16-70835 MAG
                                        )
14          Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                        ) CONTINUING PRELIMINARY
15      v.                              ) HEARING/ARRAIGNMENT
                                        )
16  ALBERT SEENO III,                   )
                                        )
17          Defendant.                  )
                                        )

18

19                              **STIUPLATION**

20      1.  The above-referenced case is scheduled for preliminary hearing or arraignment on August 12,

21  2016. The parties request a continuance to September 8, 2016.

22      2.  The parties are discussing and exchanging certain information, and conducting additional

23  investigation, and believe that additional time to complete this process will benefit the parties, the Court,

24  and the public going forward.

25  ///

26  ///

27  ///

28  ///

STIPULATION AND ORDER
NO: 4-16-70835 MAG                    1

3. Time under Fed. R. Crim. P. 5.1 and the Speedy Trial Act should be excluded from August 12, 2016, to September 8, 2016.  The parties agree that this exclusion is appropriate and that the interests of justice in excluding time outweigh the interests of the defendant and the public in a speedy trial.

SO STIPULATED AND AGREED,

BRIAN J. STRETCH
United States Attorney

Dated: August 11, 2016

/s/
_____
JOHN H. HEMANN
Assistant U.S. Attorney

ARGUEDAS, CASSMANN & HEADLEY

Dated: August 11, 2016

/s/
_____
JULIE SALAMON
Attorney for Albert Seeno III

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The preliminary hearing or arraignment is continued from August 12, 2016, September 8, 2016, at 9:30 am.  Time is excluded for the reasons stated pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7).

Dated:  8/11/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge