BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4-16-70835 MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ALBERT SEENO III, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), the United States hereby dismisses the criminal complaint filed in the above-captioned action.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: November 4, 2016

*John H. Hemann*
_____
JOHN H. HEMANN
Assistant United States Attorney

NOTICE OF DISMISSAL
NO: 4-16-70835 MAG           1